STATE of Missouri, Respondent,

v.

Larry WILKES, Appellant.

No. ED 76487.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 25, 2000.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea L. Mazza, Asst. Atty. Gen. Jefferson City, for respondent.

Before MARY RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES BLACKMAR, Sr.J.

## ORDER

PER CURIAM.

Larry Wilkes ("Defendant") appeals the judgment entered upon his conviction by a jury of tampering in the first degree pursuant to section 569.080.1(2) RSMo 1994. Defendant claims the trial court erred in overruling his *Batson* objection to the State's preemptory strike of a venireperson and that the trial court erred and abused its discretion in allowing the prosecutor to pose a hypothetical during voir dire examination.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their use only, explaining the reason for our decision. The judgment is affirmed pursuant to Rule 30.25(b).